AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **Dalila Gisel GUERRERO** | ) | Case No. |
| | ) | |
| **Kimberly RODRIGUEZ** | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 04, 2021** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

_____
/S/Mario Villanueva
*Complainant's signature*

Mario Villanueva, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date:  May 06, 2021

_____
*Judge's signature*

City and state:  Laredo, Texas

Christopher dos Santos, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
In support of Criminal Complaint

**UNITED STATES OF AMERICA**

**v.**

Dalila Gisel GUERRERO, Kimberly RODRIGUEZ

**CRIMINAL COMPLAINT**

Case Number:

On May 4, 2021, Border Patrol Agents (BPAs) arrested Kimberly Rodriguez and Dalila Gisel Guerrero at the U.S. Border Patrol Checkpoint located at mile marker 29 on Interstate Highway 35 (IH35) near Laredo, TX in Webb County, for transporting one illegal alien in furtherance into the United States (U.S.).

At 3:20 p.m. a red GMC Yukon with five visible occupants approached the primary inspection lane at the Border Patrol Checkpoint. The BPA immediately noticed the driver, later identified as Kimberly Rodriguez, was attempting to conversate with the BPA and stated that everyone was a U.S. citizen. The BPA asked Rodriguez to lower the rear window in order to continue his immigration inspection. Upon lowering the rear window, the BPA was presented with a Texas identification card by the rear passenger, Dalila Guerrero. Rodriguez also presented the BPA with a Texas identification card. When the BPA questioned the front passenger, later identified as Estefania Herrera-Reyes, as to her citizenship, the BPA was presented with a City of Laredo birth certificate. The BPA observed Herrera-Reyes' hand was shaking nervously when she handed him the birth certificate. When asked if Herrera-Reyes had an identification card with a photo, she replied that she had lost her wallet. The BPA asked Rodriguez to proceed to the secondary inspection area to further investigate Herrera-Reyes. Once at secondary inspection, BPAs found a Mexican identification card in the possession of Herrera-Reyes. Herrera-Reyes admitted to being present in the U.S. illegally. All subjects were placed under arrest.

BPAs read Kimberly Rodriguez her Miranda Rights and she acknowledged she understood them by signing Form I-214. Rodriguez was willing to waive those rights and provided a statement without the presence of an attorney. Rodriguez stated that her mother, Dalila Gisel Guerrero and she were travelling to San Antonio with Herrera-Reyes. Rodriguez stated her mother, Guerrero informed her that Herrera-Reyes was here illegally because her visa had been "cut" when she tried to cross the bridge. Rodriguez stated she had seen Herrera-Reyes at Guerrero's house multiple times before. Rodriguez stated Guerrero told her it would be easy to take Herrera-Reyes through the checkpoint because she spoke English. Rodriguez stated she was hesitant at first but eventually agreed because she needed the money. Rodriguez stated she was going to be paid $1,500.00 USD. Rodriguez stated that Guerrero had given Herrera-Reyes, Rodriguez's birth certificate and also told Rodriguez to say Herrera-Reyes was her cousin if questioned at the checkpoint.

Dalila Gisel Guerrero was read her Miranda Rights by BPAs and she acknowledged she understood them by signing Form I-214. Guerrero advised BPAs she was not willing to provide a statement without the presence of an attorney. All questioning was terminated at this time.

Material witness, Estefania Herrera-Reyes, a citizen of Mexico stated her boyfriend made arrangements for an unknown amount for her to be smuggled into the United States. Herrera-Reyes stated she crossed the Rio Grande River illegally on April 26, 2021. After crossing the river, Herrera-Reyes was eventually picked up and taken to a house where she stayed until May 4, 2021. Herrera-Reyes stated that her boyfriend told her that a family would be taking her through an immigration checkpoint and to San Antonio, TX. Herrera-Reyes stated that two women along with some children were waiting for her outside the house. Herrera-Reyes stated that Rodriguez was driving the vehicle and Guerrero was sitting in the back seat of the vehicle. Herrera-Reyes stated, Rodriguez and Guerrero told her not to be nervous and asked if she could speak English. Herrera-Reyes stated that Guerrero gave her a birth certificate and told her to memorize the information on it. Herrera-Reyes stated that Guerrero also coached her to say "U.S. citizen" if she was asked any questions. Herrera-Reyes was able to positively identify Kimberly Rodriguez as the driver and Dalila Gisel Guerrero as the rear passenger of the vehicle via a photo lineup.

SUBSCRIBED and SWORN to before me on

    <u>6th</u>     day of     <u>May, 2021</u>

_____    /S/  Villanueva, Mario    Border Patrol Agent
**Signature of Judicial Officer**    **Signature of Complainant**